# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America, for the use and benefit of Carolina Marine Structures, Inc. <br> *Plaintiff* <br> v. <br> Joint Forces Construction, LLC and Westfield Insurance Co. <br> *Defendant* | Case No. 2:23-cv-00014-BO-BM |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Carolina Marine Structures, Inc.                                                                           .

Date:   02/28/2023

/s/ James L. Chapman, IV
*Attorney's signature*

James L. Chapman, IV NC Bar No., 25122
*Printed name and bar number*

Crenshaw, Ware & Martin, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, VA 23510
*Address*

jchapman@cwm-law.com
*E-mail address*

(757) 623-3000
*Telephone number*

(757) 623-5735
*FAX number*