

# Joint Forces Construction, LLC

(757) 825-0435 phone  (757) 825-0436 fax

SUBCONTRACTOR MODIFICATION

Date:   February 15, 2022

Subcontractor Name:  Carolina Marine Structures

Project Name:   70Z08322FABCD0001 Oregon Inlet Maintenance Dredging

Modification #:1

> **Add Work Item 1 DREDGE ITEM 1 2400 CYD X $172 $412,800.00**
>
> Delete original work item 1 Dredge item 1 2400 cyd x 65 $156,000.00
>
> 1.1.2   Over Dredging: Dredge the boat basin and entrance channel to a maximum depth of -9 feet MLW.  The estimated amount of over-depth dredging (in addition to the base material) from within the specified limits is 2,400 cubic yards.
> 1.1.3   Soundings: Perform before (BD) and after (AD) soundings of the boat basin and entrance channel by a Coast Guard approved registered surveyor.  Provide the calculated quantity of dredged material (cubic yards) to a depth of -7 feet below MLW.  Also, provide quantity calculation for over-depth dredging to a depth of -9 feet below MLW, for the material removed. The Contractor shall take all measures and precautions to ensure the dredge depth does not exceed the over dredge elevation.  Additional dredging quantities (Item #1) are to be determined by the before- and after-dredge soundings.

New Contract Sum (approximate value)                                      $1,516,550.00

Change order #1 Work Item 1 to be determined by before and after sounding survey per specifications.

TERMS: The work detailed above shall be performed under the terms and conditions as included in the original subcontractor agreement, unless otherwise specifically stated above.

Contractor Approval: _____      Subcontractor Approval: _____

Date: 2-15-22                                           Date: 2/15/22

Joint Forces Construction LLC                    Carolina Marine Structures