| REQUEST FOR INFORMATION | Please telefax this form to (216) 902-6277 or 6278 |
|---|---|
| From:<br>JOINT FORCES CONSTRUCTION, LLC RFI-5 | Date:<br>11-14-22 |
| To: Contracting Officer<br>   Attn: Colleen Henry<br>   USCG Civil Engineering Unit Cleveland | |
| 1. Solicitation Number:<br>70Z08321RPAC16400 | 2. Location of Project:<br>Dredge Oregon Inlet, NC |

3. Information Requested: *(Include Specification Section and/or Drawing Number and Page if inquiring about a discrepancy)*

1. What single beam depth measurement system does the Coast Guard require for this project's after-dredge survey; e.g., 200 kHz narrow beam transducer, lower frequency transducer (e.g., 10 – 50 kHz, including specifically 33 kHz), or other?

2. What are the acceptable line and shot spacing requirements for the after-dredge survey?

| Attachments:<br>Continuation sheet: 2 pages | Date Response Required:<br>AS SOON AS POSSIBLE |
|---|---|
| By:<br>BRAD BERRY | Title:<br>MANAGER |
| Requestor's FAX Number:<br>757 825 0436 | Requestor's Telephone Number:<br>757 287 1126 CELL# |

**REQUESTOR SECTION**

---

| To: | Date: |
|---|---|

Response:

☐ This information is a clarification of the solicitation and does not change the terms or conditions in any way.

☐ This information is a proposed change to the solicitation. An amendment will be issued.

Contracting Officer:

**CEU RESPONSE**

Previous versions are useable    CEU CLEVELAND REQUEST FOR INFORMATION FORM (Rev. 9-99)

Case 2:23-cv-00014-BO-BM   Document 8-2   Filed 07/10/23   Page 1 of 3   Exhibit B

**Continuation Sheet; Page 1 of 2**
**Task Order 70Z08322FABCD0001, Maintenance Dredging USCG Station Oregon Inlet Nags Head, NC**

**Background Information:**

The Contract work includes performing both before- and after-dredge soundings (Section 01 11 00, Subsection 1.1.3). final acceptability of depth will be determined by the Contracting Officer's review of the after-dredge soundings/hydrographic survey (Section 35 20 23, Subsection 3.2. J.4) on a cubic yardage basis (Section 35 20 23, Subsection 3.4). The before- and after-dredge soundings are required submittals (Section 35 20 23, Subsection 1.2.A).

The Contract Documents do not specify particular methodology for the after-dredge soundings/hydrographic survey. While this is not a U.S. Army Corps of Engineers project, USACE Manual EM-1110-2-1003 (30Nov2013) provides technical guidance for specifying requirements and performing hydrographic surveys of USACE projects, including those similar to this project.

The USACE Manual provides that calibration procedures must be consistent during the course of a project (i.e., both pre-dredge and after-dredge payment surveys) and the same baselines and/or procedures should be employed. USACE Manual, G-40. Further, the USACE Manual provides that acoustic frequencies used for surveying pre-dredge and after-dredge conditions should not be arbitrarily swapped, e.g., 24 kHz on a pre-dredge survey and 200 kHz on the after-dredge survey; rather, the same frequency should be used for measurement and payment, and clearance assessment. USACE Manual, P-29.

A pre-dredge survey was conducted by the USACE using a 200 kHz frequency. Our subcontractor, Carolina Marine Structures (CMS) similar performed its before-dredge survey using a 200 kHz frequency. For its after-dredge survey, CMS advises that it utilized a different type of survey method it refers to as a "pole and plate" method. This pole and plate after-dredge survey was previously submitted to and rejected by the Coast Guard.

As an alternative to its pole and plate survey approach that the Coast Guard rejected, CMS has requested permission to conduct another after-dredge survey using a low-frequency sounder, which CMS believes will corroborate its pole and plate after-dredge survey previously rejected by the Coast Guard. CMS advises that belief is based upon its interpretation of the USACE Manual's conclusion that "A low-frequency transducer signal (e.g., 10 – 50 kHz) can usually penetrate a soft bottom layer and can help identify the first hard bottom return). USACE Manual at 2-17(c), page 2-16. It is CMS' position that such low-frequency survey, if allowed by the Coast Guard, will resolve the Coast Guard's discrepancy concerns regarding the before- and after-dredge surveys previously submitted.

CMS' position and request are notwithstanding the USACE Manual's references regarding 200 kHz narrow beam transducers, including that they are the most commonly employed transducer frequency recommended for use on typical Corps River and harbor navigation projects and further the USACE Manual's guidance that for dredge payment surveys the acoustic survey systems and/or transducer frequency should be constant throughout the project duration. USACE Manual at 4-4(d), page 4-5.

Additionally, Joint Forces is of the understanding that although utilizing the lower frequency method (e.g., 33 kHz, which CMS is proposing) can usually penetrate a soft bottom layer, its utilization does not or may not accurately determine the as-dredged conditions for this project in the manner required by the USCG. We understand the Contract's constraints of maintaining the integrity of the hard bottom, which is not to

Exhibit B

be dredged, and therefore believe pre-approval necessary from the USCG to use that method, since its method penetration capabilities go beyond the dredge limits by penetrating to the hard bottom and so potentially not capturing the extent of dredging material expected by the USCG because of it penetrating through the to-have-been-dredged materials.