| REQUEST FOR INFORMATION | Please telefax this form to (216) 902-6277 or 6278 |
|---|---|

**REQUESTOR SECTION**

| From: JOINT FORCES CONSTRUCTION, LLC RFI-5 | Date: 11-14-22 |
|---|---|
| To: Contracting Officer<br>Attn: Colleen Henry<br>USCG Civil Engineering Unit Cleveland | |
| 1. Solicitation Number:<br>70Z08321RPAC16400 | 2. Location of Project:<br>Dredge Oregon Inlet, NC |

3. Information Requested: *(Include Specification Section and/or Drawing Number and Page if inquiring about a discrepancy)*

1. What single beam depth measurement system does the Coast Guard require for this project's after-dredge survey; e.g., 200 kHz narrow beam transducer, lower frequency transducer (e.g., 10 – 50 kHz, including specifically 33 kHz), or other?

2. What are the acceptable line and shot spacing requirements for the after-dredge survey?

| Attachments:<br>Continuation sheet: 2 pages | Date Response Required:<br>AS SOON AS POSSIBLE |
|---|---|
| By:<br>BRAD BERRY | Title:<br>MANAGER |
| Requestor's FAX Number:<br>757 825 0436 | Requestor's Telephone Number:<br>757 287 1126  CELL# |

**CEU RESPONSE**

| To:<br>Brad Berry | Date:<br>15 Nov 2022 |
|---|---|

Response:
1. The pre and post dredge soundings are to be conducted at the same Kilo hertz (kHz), for this contract that this SHALL be 200 kHz. This is substantiated and supported by the USACE Survey reference drawing: project surveyed with district survey vessel "Potter", using RTK GPS horizontal positioning equipment and 200 kHz sounding equipment and USCG design.
2. All shot line spacing SHALL be conducted at 10 foot grid spacing.
3. Dreding quantities as well as soundings shall be verified by the COR using Pre/Post Sounding differntals as well as Tipping/Disposal Manifest as per specification Section 35 20 23 paragraph 3.3.C. Redredging and execution of this contract is required due to disparities related to Pre/Post Soundings and associated Tipping/Disposal Manifests. Initial post sounding/manifest calculations reflect approximatly 2773.9 cu/yds and 1868 tons of material disposed. However, if the -7 to -9 depth requirements had been meet calculations should reflect 4277 cu/yds at 6351 tons of material disposed. Futhermore (4) independent verification postsoundings confirm that the -7 to -9 MLW was not meet per Specification Section 01 11 00.

☒ This information is a clarification of the solicitation and does not change the terms or conditions in any way.

☐ This information is a proposed change to the solicitation. An amendment will be issued.

Contracting Officer
HENRY.COLLEEN.A.1230215967  Digitally signed by HENRY.COLLEEN.A.1230215967
Date: 2022.11.16 07:52:24 -05'00'