# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| United States of America, for use and benefit of Carolina Marine Structures, Inc. | ) |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23cv14-BO-BM |
| Joint Forces Construction, LLC, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Joint Forces Construction, LLC and Westfield Insurance Co.

Date:   07/10/2023

/s/ Neil S. Lowenstein
*Attorney's signature*

Neil S. Lowenstein, N.C. Bar #26998
*Printed name and bar number*
Woods Rogers Vandeventer Black PLC
8 Juniper Trail
Kitty Hawk, NC 27949

*Address*

Neil.Lowenstein@wrvblaw.com
*E-mail address*

(252) 261-5055
*Telephone number*

(757) 446-8670
*FAX number*