IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 2:23cv14-BO-BM

| | |
|---|---|
| United States of America for use and benefit of Carolina Marine Structures, Inc. | ) ) |
| Plaintiff(s), | ) |
| v. | ) |
| Joint Forces Construction, LLC and Westfield Insurance Co. | ) ) |
| Defendant(s). | ) |

AMENDED

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION AND ATTRIBUTED CITIZENSHIP**

Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3, or Fed. R. Crim. P. 12.4 and Local Criminal Rule 12.3,

__Westfield Insurance Co.__ who is __Defendant__,
(name of party/intervenor) (plaintiff/defendant/other:_____)

makes the following disclosure:

1. Is the party/intervenor a publicly held corporation or other publicly held entity?

    YES ◯     NO ◉

2. Does the party/intervenor have any parent corporations?

    YES ◉     NO ◯

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations:
    ID Ohio Farmers Insurance Company is Westfield's parent corporation. It is not publicly traded.

3. Is 10% of more of the stock of the party/intervenor owned by a publicly held corporation or other publicly held entity?

    YES ◯     NO ◉

    If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal 12.3)?

    YES ☐   NO ☉

5. Is the party/intervenor a trade association?

    YES ☐   NO ☉

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditor's committee:

7. In a case based on diversity jurisdiction, the following is a list of every individual or entity whose citizenship is attributed to the party/intervenor:

| (Name of individual/entity) | (State of citizenship) |
|---|---|
| (Name of individual/entity) | (State of citizenship) |
| (Name of individual/entity) | (State of citizenship) |
| (Name of individual/entity) | (State of citizenship) |
| (Name of individual/entity) | (State of citizenship) |
| (Name of individual/entity) | (State of citizenship) |

If there are additional individuals or entities who citizenship is attributed to the party/intervenor, please provide their names and states of citizenship on a separate piece of paper.

Signature: /s/ Neil S. Lowenstein

Date: July 11, 2023

2