# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| United States of America, for use and benefit of Carolina Marine Structures, Inc *Plaintiff*<br>v.<br>Joint Forces Construction, LLC, et al., *Defendant, Third-party plaintiff*<br>v.<br>Harco National Insurance Company *Third-party defendant* | Civil Action No. 2:23cv14-BO-BM |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)* Harco National Insurance Company
c/o Officer or Director
702 Oberlin Road
Raleigh, North Carolina 27605

A lawsuit has been filed against defendant  Joint Forces Construction, , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff  Carolina Marine Structures, Inc .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Neil S. Lowenstein, Esq., Woods Rogers Vandeventer Black PLC
8 Juniper Trail, Kitty Hawk, NC 27949
Neil.Lowenstein@wrvblaw.com

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
James L. Chapman, IV, W. Ryan Snow, and K. Barret Luxhoj, Crenshaw, Ware & Martin, P.L.C.
150 W. Main Street, Suite 1923, Norfolk, VA 23510
jchapman@cwm-law.com; wrsnow@cwm-law.com; kbluxhoj@cwm-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date:  7/12/2023

Peter A. Moore, Jr.
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:23cv14-BO-BM

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: