IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:23-cv-00014-BO-BM

UNITED STATES OF AMERICA, for the use and benefit of CAROLINA MARINE STRUCTURES, INC.,

    PLAINTIFF,

    v.

JOINT FORCES CONSTRUCTION, LLC, *et al.,*

    DEFENDANTS,

_____

JOINT FORCES CONSTRUCTION, LLC,

    COUNTERCLAIM PLAINTIFF,

    v.

CAROLINA MARINE STRUCTURES, INC., *et al.,*

    COUNTERCLAIM DEFENDANTS.

_____

**NOTICE OF
SPECIAL APPEARANCE**

    Please take notice that the undersigned W. Ryan Snow hereby enters a notice of special appearance as counsel for Carolina Marine Structures, Inc. in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, James L. Chapman, IV.

    I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

    This 28th day of July 2023.    Respectfully submitted,

                                                  */s/ W. Ryan Snow*
                                                W. Ryan Snow

Crenshaw, Ware & Martin, P.L.C.
150 W. Main St., Ste. 1923
Norfolk, VA 23510
(757) 623-3000
Fax: (757) 623-5735
wrsnow@cwm-law.com
VA Bar. No. 47423
Attorney for Carolina Marine Structures, Inc.

*/s/ James L. Chapman, IV*
James L. Chapman, IV
Crenshaw, Ware & Martin, P.L.C.
150 W. Main St., Ste. 1923
Norfolk, VA 23510
(757) 623-3000
Fax: (757) 623-5735
jchapman@cwm-law.com
NC Bar. No. 25122
Local Civil Rule 83.1(d) Attorney for Carolina Marine Structures, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2023, I electronically filed the foregoing Notice of Special Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to Defendants Joint Forces Construction, LLC and Westfield Insurance Co.

*/s/ W. Ryan Snow*
W. Ryan Snow
Crenshaw, Ware & Martin, P.L.C.
150 W. Main St., Ste. 1923
Norfolk, VA 23510
(757) 623-3000
Fax: (757) 623-5735
wrsnow@cwm-law.com
VA Bar. No. 47423
Attorney for Carolina Marine Structures, Inc.
