**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**NORTHERN DIVISION**
No. 2:23-cv-00014-BO-BM

UNITED STATES OF AMERICA, for the use and
benefit of CAROLINA MARINE STRUCTURES,
INC.,

      PLAINTIFF,

    **v.**

JOINT FORCES CONSTRUCTION, LLC, *et al.,*

      DEFENDANTS,

——————————————————————

JOINT FORCES CONSTRUCTION, LLC,

      COUNTERCLAIM PLAINTIFF,

    **v.**

CAROLINA MARINE STRUCTURES, INC., *et al.,*

      COUNTERCLAIM DEFENDANTS.

——————————————————————

                                    **NOTICE OF**
                       **SPECIAL APPEARANCE**

      Please take notice that the undersigned K. Barrett Luxhoj hereby enters a notice of special appearance as counsel for Carolina Marine Structures, Inc. in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, James L. Chapman, IV.

      I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

      This 28th day of July 2023.         Respectfully submitted,


                                              */s/ K. Barrett Luxhoj*
                                         K. Barrett Luxhoj

Crenshaw, Ware & Martin, P.L.C.
150 W. Main St., Ste. 1923
Norfolk, VA 23510
(757) 623-3000
Fax: (757) 623-5735
kbluxhoj@cwm-law.com
VA Bar. No. 86302
Attorney for Carolina Marine Structures, Inc.


_/s/ James L. Chapman, IV_
James L. Chapman, IV
Crenshaw, Ware & Martin, P.L.C.
150 W. Main St., Ste. 1923
Norfolk, VA 23510
(757) 623-3000
Fax: (757) 623-5735
jchapman@cwm-law.com
NC Bar. No. 25122
Local Civil Rule 83.1(d) Attorney for Carolina Marine Structures, Inc.


## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2023, I electronically filed the foregoing Notice of Special Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to Defendants Joint Forces Construction, LLC and Westfield Insurance Co.


_/s/ K. Barrett Luxhoj_
K. Barrett Luxhoj
Crenshaw, Ware & Martin, P.L.C.
150 W. Main St., Ste. 1923
Norfolk, VA 23510
(757) 623-3000
Fax: (757) 623-5735
kbluxhoj@cwm-law.com
VA Bar. No. 86302
Attorney for Carolina Marine Structures, Inc.